IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REVELYST OPERATIONS LLC, | |
| Plaintiff, | Case No.: 1:25-cv-04431 |
| v. | District Judge Jorge L. Alonso |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | Magistrate Judge Heather K. McShain |
| Defendants. | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Revelyst Operations LLC hereby dismisses this action with prejudice as to the defendant(s) identified below. The parties shall bear their own attorney's fees and costs.

| No | Seller Name | Seller ID |
|---|---|---|
| 25 | superplaza-07 | https://www.ebay.com/itm/286182278046?mkcid=16&mkevt=1&mkrid=711-127632-2357-0&ssspo=puk67cfcqkg&sssrc=2047675&ssuid=vi1uoto7tlk&widget_ver=artemis&media=COPY |
| 27 | topteng-11 | https://www.ebay.com/itm/296747207551?mkcid=16&mkevt=1&mkrid=711-127632-2357-0&ssspo=ubgqtzlxtgk&sssrc=2047675&ssuid=vi1uoto7tlk&widget_ver=artemis&media=COPY |
| 38 | eforshop-04 | https://www.ebay.com/itm/395211317297?mkcid=16&mkevt=1&mkrid=711-127632-2357-0&ssspo=gtz8tl65rsk&sssrc=2047675&ssuid=&var=663798593407&widget_ver=artemis&media=COPY |

| | |
|---|---|
| DATED: May 23, 2025 | Respectfully submitted,<br><br>*/s/ Peter Krusiewicz*<br>Matthew A. Werber (Ill. # 6287658)<br>mwerber@nixonpeabody.com<br>Peter Krusiewicz (Ill. # 6342444)<br>pkrusiewicz@nixonpeabody.com<br>**NIXON PEABODY LLP**<br>70 W. Madison St., Suite 5200<br>Chicago, IL 60602<br>Tel: (312) 977-4400<br>Fax: (312) 977-4405<br><br>***ATTORNEYS FOR PLAINTIFF*** |